

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY EAVES,<br>    Plaintiff,<br><br>v.<br><br>NONSTOP COURIERS INC., *et al.*,<br>    Defendants. | :<br>:<br>:<br>:   CIVIL ACTION NO. 19-CV-1531<br>:<br>:<br>: |

## ORDER

AND NOW, this 12th day of April, 2019, upon consideration of Plaintiff Anthony Eaves' Motion to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum. Eaves' federal claims are **DISMISSED with prejudice**. Eaves' state law claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

4. Eaves may file an amended complaint within thirty (30) days of the date of this Order in the event he can state a basis for the Court's jurisdiction over his state law claims. Any amended complaint must clearly state the basis for the Court's jurisdiction. Alternatively, Eaves may seek to file his claims in the appropriate state court, where federal jurisdiction will not be an issue, rather than returning to this Court with an amended complaint. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

5. The Clerk of Court shall **SEND** Eaves a blank copy of the Court's form

complaint to be used by a *pro se* plaintiff filing a civil action in this Court bearing the above civil action number. Eaves may use this form to file an amended complaint if she chooses to do so.

6. If Eaves fails to file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
**WENDY BEETLESTONE, J.**